To Delay Legal Pot Sales

a push from the council's Black Caucus, aldermen rejected an
nce to delay recreational marijuana sales, 29 to 19.

Dec. 19, 2019



ment & Politics

ago City Council Committee Narrowly
s to Delay Recreational Pot Sales

ad of the City Council Black Caucus is threatening the delay in
o ensure more minorities can get in on the lucrative industry.

2019



ment & Politics

sing Advocate In Vote-Buying Probe
es Affordable Housing Overhaul

attorney general probed vote-buying allegations involving the

