RECEIVED KE
12/9/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

20CV7292

JUDGE DOW JR.
MAGISTRATE JUDGE FUENTES

# Chicago Tribune

# Advocates push 'Development for All' ordinance to increase Chicago's affordable housing options

By LOLLY BOWEAN

CHICAGO TRIBUNE |

DEC 11, 2019 | 6:43 PM



Lamont Burnett, an activist with the group ONE Northside, speaks at Chicago City Hall on Dec. 11, 2019, during a news conference where advocates called for more units of affordable housing. (Terrence Antonio James / Chicago Tribune)

When he was a resident of the Wilson Men's Hotel in Uptown, Lamont Burnett paid $340 a month for a tiny cubicle room in the building, where he shared a bathroom with 75 men, he said.

But after the building was purchased by a developer in 2017 and shut down so it could be renovated, Burnett said he found it impossible to find a comparable room or a studio apartment in his North Side community that he could afford.

"When I looked around, there were no affordable apartments in my community," he said.

Burnett was one of dozens of residents and housing advocates who gathered on Wednesday

afternoon to testify in front of a group of City Council members about Chicago's lack of affordable housing options. The collective of about 37 groups spent three hours before city leaders hoping to pressure them to pass new legislation that would reform the city's Affordable Requirements Ordinance.

The Affordable Requirements Ordinance sets the rules for developers that receive city support to either provide housing units for lower-income residents or pay a fee to help subsidize their housing.

The hearing on Wednesday came just a day before a city task force is set to begin meeting to discuss how that law has succeeded and failed in providing additional housing for lower and moderate-income residents. That task force also is charged with determining just how the current law has and hasn't addressed Chicago's long-standing racial and economic segregation.

Most of the housing advocates who appeared before the aldermen on Wednesday criticized the current law for allowing developers in upscale communities to opt out of producing units specifically for lower-income residents. They blamed the opt-out provision for stalling the city's progress on creating equitable neighborhoods.



Cathleen O'Brien, center, a community development organizer with the group Access Living, speaks during a press conference at City Hall in Chicago on Dec. 11, 2019. (Terrence Antonio James / Chicago Tribune)

The housing groups want a new measure called the Development for All Ordinance approved, which would essentially set new rules for how housing is constructed across the city. That measure was introduced in July, but it still has to be refined with more details and formulas, and it would need to win the support of elected leaders to pass.
Before the meeting, a group of progressive aldermen announced their support for the proposal.

Among other things, the new ordinance would eliminate the option that allows developers to pay fees instead of creating affordable housing units and would mandate that when new buildings are constructed, units are set aside for lower-income residents. The ordinance would require most of the new affordable housing units be constructed in upscale, established communities and gentrifying neighborhoods. It would also recalibrate the formula used to determine affordable rents in each neighborhood.

"We've been fighting this fight for over a decade," said Ald. Byron Sigcho-Lopez, 25th, one of the sponsors of the new proposed ordinance, who added that thousands of Latino and black residents have left the city over its lack of affordable housing. "The numbers are staggering and the results very clear."

In recent years, the cost of housing has emerged as a national issue as residents in major cities have struggled to keep up with rising rents.
In Chicago, studies have shown that a growing number of residents pay well more than 30% of their income for housing and many have relocated because they feel they are being priced out.



Ald. Byron Sigcho-Lopez, 25th, speaks at a news conference on Dec. 11, 2019, at Chicago City Hall about affordable housing. (Terrence Antonio James / Chicago Tribune)

When running for office, Mayor Lori Lightfoot made affordable housing a part of her campaign. She's acknowledged since taking office that the demand for affordable housing has outpaced the supply.

Since taking office, Lightfoot has formed a task force to review the city's Affordable Requirements Ordinance and has appointed new leadership to the Chicago Housing Authority board, which also works to create and subsidize housing for lower-income residents.

*(Editor's note: This paragraph was corrected on Thursday, Dec. 12. It previously incorrectly stated that Mayor Lori Lightfoot created a stand-alone Department of Housing to address affordable housing. That occurred under former Mayor Rahm Emanuel's administration.)*

But her administration still has to implement its plan to integrate wealthier communities that have access to jobs, grocery stores and high-performing schools and yet have few entry points for lower-income residents who would like to live there. And her administration has yet to create incentives for developers to prioritize affordable housing and invest in neglected parts of the city.

On Wednesday, residents spoke passionately about how living in lower-income communities with little access to amenities has impacted their lives. And they talked about working full time yet still struggling to find quality housing that is safe and close to transportation.

According to activists, between 2007 and 2017, the city produced only a third of the affordable units that it could have if it hadn't allowed developers to pay their way out of setting aside low-income units. And in too many cases where affordable units were created, they were studio or one-bedroom apartments that weren't large enough for families.

For years, Renee Celestine lived on the North Side, but she moved to Roseland to help care for an ailing family member, she said. When she tried to move back to her former community, not only was she priced out of her old building, but it was impossible to find a place that fit her budget, Celestine said.

"Being a caregiver destroyed me financially," she said. "I could no longer afford market rate rent."

Joseph Moore told the council that he grew up in North Lawndale, passing boarded-up vacant buildings each day on his way to school. His mother had to take two buses to travel four miles to their closest grocery store. He thinks the daily struggles and stresses led her to an early death.

"My mom had worn out," he said. "The developers are playing a big monopoly game with our communities."

After the hearing, Ald. Harry Osterman, 48th, who chaired the session, said the gathering was basically a jump-start to a deeper conversation that will continue next year.

"Ultimately everyone wants an ordinance that works," he said. "I look at this time as a beginning."

lbowean@chicagotribune.com                    Twitter @lollybowean