RECEIVED
KE
12/9/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

20CV7292

JUDGE DOW JR.
MAGISTRATE JUDGE FUENTES

# CRAIN'S CHICAGO BUSINESS

July 24, 2019 11:31 AM

## Aldermen seek to address affordable housing, segregation

A group of about 20 aldermen is reintroducing a series of ordinances aimed at increasing affordable housing in Chicago—in some cases, tripling the number of affordable units developers would have to build.

A.D. QUIG  



A.D. Quig

Ald. Byron Sigcho-Lopez, 25th, flanked by people seeking assistance on affordable housing from the Chicago City Council.

A group of about 20 aldermen is reintroducing a series of ordinances aimed at increasing affordable housing in Chicago—in some cases, tripling the number of affordable units developers would have to build.

Aldermen today plan to reintroduce a package of legislation designed to increase affordable housing in Chicago and mandate more public reporting from the Chicago Housing Authority to the City Council.

The proposals would fundamentally change the city's Affordable Requirements Ordinance, which regulates how developers that receive city help contribute to the city's affordable housing stock and funds. Supporters say they have a better chance than ever to alter city policies under Mayor Lori Lightfoot's administration to help address the city's shortfall of affordable units.

Lightfoot's own transition report said demand for affordable rental housing outstripped supply by roughly 180,000 units, and the city should "help the most vulnerable, those newly displaced as some neighborhoods gentrify and the communities that have suffered disinvestment for so long."

As part of the pledge to help address the shortfall, Lightfoot appointed Marisa Novara to helm the city's reinstated Housing Department. Novara, a veteran of the Metropolitan Planning Council who helped author its blockbuster "Cost of Segregation" report, has worked for more than a decade in community-based affordable housing development and housing policy.

Ald. Chris Taliaferro, 29th, one of the chief sponsors, said he hopes the ordinances "will change the narrative" about Chicago's historic segregation. Several sponsors are freshmen aldermen like Ald. Jeanette Taylor, 20th;  Daniel La Spata, 1st, and Rossana Rodriguez-Sanchez, 33rd, who ran on platforms to address gentrification and displacement pressure from new development.

The Affordable Requirements Ordinance has been in place since 2015 and applies to residential developments with 10 or more units. It requires that developers provide 10 percent of their units at affordable prices. Developers can pay an "in-lieu fee" for units not provided on-site: $175,000 per unit downtown, $125,000 in higher-income areas and $50,000 in low-moderate income areas. A 2018 Chicago Tribune analysis found "many developers still have chosen to build a minimum number of units in their buildings and pay fees for the rest." The resulting roughly $9 million in fees were "largely not being used to address housing needs for lower-income families in growth zones," the report found.

## FEASIBILITY STUDY

Lightfoot has called for studying the feasibility of the affordable percentage increases, limiting the off-site rules and implementing new requirements for accessibility.

The coalition proposal to be introduced to the Chicago City Council today triples the current on-site requirement to 30 percent in "high-rent zones" and doubles it to 20 percent in moderate-rent neighborhoods. It would also cancel developers' ability to pay in-lieu fees entirely and mandate affordable units stay that way in perpetuity, rather than returning to market rate after 30 years.

The changes would not only apply to new, large developments; investors in three- to nine-unit buildings who seek an up-zone from the city would be required to build one affordable unit at a sliding scale.

It would also mandate the CHA report regularly to City Council on its "available resources, vacant and offline housing ward-by-ward, its voucher utilization rate," and create a more user-friendly waitlist system. City funding for public housing developers would not flow unless they could show how demolished units would be replaced on a one-for-one basis. It would also integrate new family public housing into wards with less than 10 percent affordable housing.

The "Development for All" and "Homes for All" ordinances are backed by the Chicago Housing Initiative, a coalition of community groups that span the city and three labor unions.

Sponsor Ald. Byron Sigcho Lopez, 25th, whose ward includes portions of the booming West Loop, South Loop, the gentrifying Pilsen neighborhood, Chinatown and the Lower West Side, said he's watched city policies fail his ward for a decade.

While he's seen rampant development near the West Loop, Sigcho-Lopez said, "we have other communities in the 25th Ward that are begging for affordable housing and development. The tale of two cities is a very real problem facing not only my ward. It is a problem citywide and we have an opportunity to address this. We're going to address it today."

The mayor's office wouldn't comment directly on the proposal, only saying it was "looking at all options for creating more affordable housing citywide," but suggested a stronger emphasis on city efforts to get federal tax credits for owners and investors of rental properties.

"Mayor Lightfoot has tasked her administration with evaluating best ways to accomplish more affordable housing options, and the efforts will include the release of an equitable Qualified Allocation Plan later this year for the city's Low Income Housing Tax Credit allocations, which is the most important resource for creating affordable housing in Chicago," spokeswoman Lauren Huffman said in a statement.

**RELATED:**


**Illinois Senate president floats affordable housing incentive plan**


**Here's how to reverse the damage of segregation**


**This 21st-century bungalow design is a shape-shifter**

Inline Play

**Source URL:** *https://www.chicagobusiness.com/government/aldermen-seek-address-affordable-housing-segregation*