[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

RECEIVED KE 12/9/2020 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Levinger v. Morell, Zamudio, Keefe, and WBEZ

Case Number: **20CV7292**

JUDGE DOW JR.
MAGISTRATE JUDGE FUENTES

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Leah Levinger

Street Address: 95 Fountain Street, # 3154

City/State/Zip: New Haven, Connecticut 06515

Phone Number: 773-787-6875

*Leah Levinger* (Signature)

12/9/2020 Executed on (date)

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☑ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

thisday.is.what.is@gmail.com
**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]