**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| LEAH LEVINGER, ) | |
| ) | |
| Plaintiff, ) | No. 1:20-cv-07292 |
| ) | |
| v. ) | Judge Robert M. Dow, Jr. |
| ) | |
| CLAUDIA MORELL, MARIA ZAMUDIO, ) | Magistrate Judge Gabriel A. Fuentes |
| ALEX KEEFE, and WBEZ a.k.a. CHICAGO ) | |
| PUBLIC MEDIA, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Chicago Public Media, Inc., Claudia Morell, Maria Zamudio, and Alex Keefe (collectively, "WBEZ"), hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff Leah Levinger's complaint in its entirety. In support of this motion, WBEZ incorporates the accompanying memorandum and state the following:

1. Ms. Levinger's complaint alleges three causes of action for defamation arising under Illinois law. Ms. Levinger's complaint is subject to dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) because all three causes of action fail to state a claim upon which relief may be granted.

2. The Complaint fails because it does not identify any statement WBEZ made about Ms. Levinger that is false or is not substantially true. (Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint ("Memo") at Section I.)

3. The Complaint also fails to state a claim for defamation *per se* because the Complaint does not identify any statements that are defamatory *per se* and any such statements

1

would subject to the innocent construction rule, which bars *per se* claims when a defamatory statement can be construed to have a non-defamatory meaning. (Memo at Section II.a.)

4. The Complaint also fails to assert a claim for defamation *per quod* because Ms. Levinger does not allege any extrinsic facts supporting any harm caused by the article or particularized damages. (Memo at Section II.b.)

5. Additionally, the claims against Defendant Maria Zamudio should be dismissed because the Complaint does not allege that Ms. Zamudio made any false or defamatory statement. (Memo at Section III.)

THEREFORE, Defendants respectfully request that this Court dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

February 1, 2021

Respectfully submitted,

CLAUDIA MORELL, MARIA ZAMUDIO, ALEX KEEFE, and WBEZ, a.k.a. CHICAGO PUBLIC MEDIA, INC.

By: /s Jason M. Bradford
One of Their Attorneys

Jason M. Bradford
William L. Von Hoene
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

## CERTIFICATE OF SERVICE

I, Jason M. Bradford, an attorney, hereby certify that on February 1, 2021, I caused copies of the attached **Motion to Dismiss** and the accompanying **Notice of Motion**, **Memorandum in Support**, and **Corporate Disclosure Statement** to be served via email and first class mail on:

>Leah Levinger
>95 Fountain Street
>#3154
>New Haven, CT 06515
>thisday.is.what.is@gmail.com

        /s Jason M. Bradford
        Jason M. Bradford