**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| LEAH LEVINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:20-cv-07292 |
| v. | ) |
| | ) Judge Robert M. Dow, Jr. |
| CLAUDIA MORELL, MARIA ZAMUDIO, | ) |
| ALEX KEEFE, and WBEZ a.k.a. CHICAGO | ) Magistrate Judge Gabriel A. Fuentes |
| PUBLIC MEDIA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendants, by their counsel, shall appear telephonically before the Honorable Robert M. Dow, Jr. on February 9, 2021, at 9:15 a.m., and present Defendants' Motion to Dismiss Plaintiff's Complaint.

| | |
|---|---|
| February 1, 2021 | Respectfully submitted, |
| | |
| | CLAUDIA MORELL, MARIA ZAMUDIO, ALEX KEEFE, and WBEZ, a.k.a. CHICAGO PUBLIC MEDIA, INC. |
| | |
| | By: /s Jason M. Bradford |
| | One of Their Attorneys |

Jason M. Bradford
William L. Von Hoene
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350