# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEAH LEVINGER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) No. 1:20-cv-07292 |
| v. | )<br>) Judge Robert M. Dow, Jr. |
| CLAUDIA MORELL, MARIA ZAMUDIO, ALEX KEEFE, and WBEZ a.k.a. CHICAGO PUBLIC MEDIA, INC., | )<br>) Magistrate Judge Gabriel A. Fuentes<br>)<br>) |
| Defendants. | )<br>) |

## CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Chicago Public Media, Inc., states as follows:

1. Chicago Public Media, Inc., is a non-profit corporation, with no publicly held affiliates.

February 1, 2021

Respectfully submitted,

CLAUDIA MORELL, MARIA ZAMUDIO, ALEX KEEFE, and WBEZ, a.k.a. CHICAGO PUBLIC MEDIA, INC.

By:   /s Jason M. Bradford
      One of Their Attorneys

Jason M. Bradford
William L. Von Hoene
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350