### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEAH LEVINGER, | ) |
|                 Plaintiff, | ) |
| v. | ) No. 1:20-cv-07292 |
| | ) Judge Robert M. Dow, Jr. |
| CLAUDIA MORELL, MARIA ZAMUDIO, ALEX KEEFE, and WBEZ a.k.a. CHICAGO PUBLIC MEDIA, INC., | ) Magistrate Judge Gabriel A. Fuentes |
|                 Defendants. | ) |

## **NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendants, by their counsel, shall appear telephonically before the Honorable Robert M. Dow, Jr. on September 24, 2021, at 9:15 a.m., and present Defendants' Motion to Stay Discovery.

September 21, 2021

Respectfully submitted,

CLAUDIA MORELL, MARIA ZAMUDIO, ALEX KEEFE, and WBEZ, a.k.a. CHICAGO PUBLIC MEDIA, INC.

By: /s Jason M. Bradford
      One of Their Attorneys

Jason M. Bradford
William L. Von Hoene
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350