IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LEAH LEVINGER, | ) | Case No. 1:20-cv-07292 |
| Plaintiff | ) ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| v. | ) ) | |
| CLAUDIA MORELL, MARIA ZAMUDIO, ALEX KEEFE, and WBEZ, a.k.a. CHICAGO PUBLIC MEDIA, INC., | ) ) ) | |
| Defendants. | ) | |

FILED 9/22/2021 CRL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PLAINTIFF'S MOTION OPPOSING DEFENDANTS' MOTION TO STAY DISCOVERY**

On 9/21/2021, Defendants filed a motion to stay discovery pursuant to a motion for sanctions they have represented they may intend to file. Plaintiff opposes the motion to stay discovery in this case, and requests the Court ask the Defendants to move forward with filing an Answer to Plaintiff's Complaint, as is customary under F.R.C.P. 12(A), inclusive of answers to Plaintiff's Supplemental Pleading, as permitted under F.R.C.P. 15(d). Plaintiff also requests that, should Defendant meet telephonically with the Judge on 9/24 at 9:15 a.m. to present their motion to stay discovery, Plaintiff be allowed to join this Conference and be provided with the dial-in information to do so.

**ARGUMENT**

Every day that Defendant's article remains on the web continues to tarnish Plaintiff's reputation. Its continued presence also greatly enlarges the spheres of people whose impressions of Plaintiff are diminished, confused, and made ugly by Defendant's article, including new acquaintances Plaintiff meets in the new town and new state in which she now lives, who--- as people do now-adays--- "Google her" to learn about her after meeting her. Despite fifteen years of assiduous and dedicated work in the background in a public service capacity to help vulnerable people survive and improve their communities, people now encounter Plaintiff on the web primarily via Defendants' proffered

0

lens as "vote-buyer under criminal investigation" (rather than, for example, "housing organizer trying to help poor people not become homeless or die in electrical fires," a story Plaintiff believes is not just preferable, but far more accurate). Google searches turn up Defendant's article as the top search result when you enter Plaintiff's name, revivifying false accusations by unnamed (and likely non-existent sources) and profoundly false portrayals. Plaintiff is attempting to rebuild her life in a new place: These efforts are impeded by Defendant's false portrayals on the web, which are not only very damaging, embarrassing, and painful, as they deeply misrepresent who Plaintiff is as well as the work she dedicated herself to for 15 years, during a period of trying to make acquaintances in a new place. It also deeply interferes with employment and career opportunities of potential employers who, not knowing people in Chicago, rely in an even greater capacity on the internet to evaluate applications.

Every day that discovery and other forms of forward-motion on this lawsuit do not move forward is a day longer Defendant's false and harmful statements continue to cast a shadow over Plaintiff's life and opportunities. Plaintiff is harmed by any stay in discovery and any further delay in Defendant filing an Answer to her Complaint so that the Parties can move forward on resolving this matter.

Additionally, Plaintiff cannot identify the legal basis for Defendant's threatened Motion for Sanctions. While Plaintiff welcomes all information Defendant wants to bring into the case as evidence for its side of the story, and looks forward developing an understanding of how Defendants arrived at the story they did, it seems more customary for Defendant to simply file an Answer that includes whatever it wishes to put before the Judge regarding its side's understanding of the facts of this case. We are now 9½ months into litigation. Plaintiff requests Defendant file an Answer to her Complaint and include any information it finds relevant to its Defenses and evidentiary representations therein.

Respectfully submitted,
<u>Leah Levinger,</u> Pro Se Plaintiff

1

## CERTIFICATE OF SERVICE

I, Leah Levinger, a pro se plaintiff, hereby certify that on September 22, 2021, I caused copies of the attached Plaintiff's Motion Opposing Defendant's Motion to Stay Discovery to be served via email and first class mail on:

Jason M. Bradford

William L. Von Hoene

JENNER & BLOCK LLP

353 North Clark Street

Chicago, Illinois 60654

312-222-9350

                                                      __/s/_ *Leah Levinger*_____
[Signature], Pro Se Plaintiff
Leah Levinger
95 Fountain Street, #3154
New Haven, Connecticut 06515