# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Leah Levinger v. Claudia Morell, et al.

Case Number: 1:20-cv-07292

An appearance is hereby filed by the undersigned as attorney for:

Claudia Morell, Maria Zamudio, Alex Keefe, and WBEZ a/k/a Chicago Public Media, Inc.

Attorney name (type or print): Elpitha B. Lambros

Firm: Jenner & Block LLP

Street address: 353 N. Clark St.

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6320304
(See item 3 in instructions)

Telephone Number: 312-840-7279

Email Address: elambros@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 1, 2021

Attorney signature: S/ Elpitha B. Lambros
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015