### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEAH LEVINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:20-cv-07292 |
| v. | ) |
| | ) Judge Robert M. Dow, Jr. |
| CLAUDIA MORELL, MARIA ZAMUDIO, | ) |
| ALEX KEEFE, and WBEZ a.k.a. CHICAGO | ) |
| PUBLIC MEDIA, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of William L. Von Hoene is hereby withdrawn as counsel for Defendants as Mr. Von Hoene will be departing the law firm of Jenner & Block LLP. Defendants will continue to be represented by Jason M. Bradford and Elpitha B. Lambros of Jenner & Block LLP.

Dated: November 10, 2021

Respectfully submitted,

/s William L. Von Hoene
Counsel for Defendants

Jason M. Bradford
William L. Von Hoene
Elpitha B. Lambros
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

## **CERTIFICATE OF SERVICE**

 I, William L. Von Hoene, an attorney, hereby certify that I caused a copy of the foregoing **Notice of Withdrawal of Counsel** to be served on Plaintiff Leah Levinger by electronic mail on November 10, 2021:

                /s/ *William L. Von Hoene*